UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHARRIFF DYER,

     Plaintiff,

Case No. 24-cv-12884

v.

Hon. Denise Page Hood
Magistrate Judge Anthony P. Patti

VILLAGE CAPITAL & INVESTMENT
LLC, DOVENMUEHLER MORTGAGE,
INC., EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC, and
TRANS UNION, LLC,

     Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel A. Grossman enters his appearance on behalf

of Defendant Experian Information Solutions, Inc. in the above-captioned matter.

Dated: June 11, 2026

Respectfully submitted,

/s/ Daniel A. Grossman
Daniel A. Grossman (P85932)
Clark Hill PLC
500 Woodward Ave, Suite 3500
Detroit, MI 48226
(313) 965-8300
dgrossman@clarkhill.com

*Attorney for Defendant Experian
Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

/s/ Daniel A. Grossman
Daniel A. Grossman (P85932)

*Attorney for Defendant Experian Information Solutions, Inc.*

2