**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

SHARRIFF DYER,

      Plaintiff,

v.

VILLAGE CAPITAL & INVESTMENT
LLC, DOVENMUEHLER MORTGAGE,
INC., EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC, and
TRANS UNION, LLC,

      Defendants.

Case No. 24-cv-12884-DPH-APP

Hon. Denise Page Hood
Magistrate Judge Anthony P. Patti

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Adam N. Rosenberg enters his appearance on behalf

of Defendant Experian Information Solutions, Inc. in the above-captioned matter.

Dated: June 11, 2026

Respectfully submitted,

<u>/s/ Adam N. Rosenberg</u>
Adam N. Rosenberg (P88174)
Clark Hill PLC
500 Woodward Ave, Suite 3500
Detroit, MI 48226
(313) 965-8300
arosenberg@clarkhill.com

*Attorney for Defendant Experian*
*Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

<u>/s/ Adam N. Rosenberg</u>
Adam N. Rosenberg (P88174)

*Attorney for Defendant Experian
Information Solutions, Inc.*

2