## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

SHARRIFF DYER, an individual,

*Plaintiff,*

v.

VILLAGE CAPITAL & INVESTMENT
LLC, a Delaware limited liability company;
DOVENMUEHLE MORTGAGE, INC., a
Delaware corporation; EXPERIAN
INFORMATION SOLUTIONS, INC., an
Ohio corporation; EQUIFAX INFORMATION
SERVICES, LLC, a Georgia limited liability
company; and TRANS UNION LLC, a
Delaware limited liability company,

*Defendants.*

CASE No.  2:24-cv-12844-DPH-APP

Hon. Denise Page Hood
Magistrate Judge Anthony P. Patti

## MOTION TO WITHDRAW AS COUNSEL

Defendant Experian Information Solutions, Inc. ("Experian") respectfully requests that the Court grant Eric Nicholson of Jones Day leave to withdraw as counsel for Experian.  Going forward, Daniel Grossman and Adam N. Roseberg of Clark Hill PLC will serve as counsel for Experian.

Pursuant to Local Rule 7.1, the undersigned contacted Plaintiff to explain the nature of this motion and that withdrawal requires Court approval pursuant to Local Rules 83.25(b)(2).

1

WHEREFORE, Experian respectfully requests that this Court enter an order allowing Eric Nicholson to withdraw as counsel for Experian Information Solutions, Inc. and terminating him from the docket and ECF notifications in this case.

Dated: June 15, 2026                          Respectfully submitted,

*/s/ Eric A. Nicholson*
Eric A. Nicholson (State Bar #P83825)
JONES DAY
150 West Jefferson, Suite 2100
Detroit, MI 48226-4438
Telephone: (313) 733-3939
Fax: (313) 230-7997
Email: eanicholson@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing and effectuate service upon all counsel of record.

Dated: June 15, 2026

<div style="margin-left:45%">

*/s/ Eric A. Nicholson*
Eric A. Nicholson

</div>