**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| SHARRIFF DYER, an individual,<br><br>*Plaintiff,*<br><br>v.<br><br>VILLAGE CAPITAL & INVESTMENT LLC, a Delaware limited liability company; DOVENMUEHLE MORTGAGE, INC., a Delaware corporation; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; and TRANS UNION LLC, a Delaware limited liability company,<br><br>*Defendants.* | CASE No.  2:24-cv-12844-DPH-APP<br><br>Hon. Denise Page Hood<br>Magistrate Judge Anthony P. Patti |

## MOTION TO WITHDRAW AS COUNSEL

Defendant Experian Information Solutions, Inc. ("Experian") respectfully requests that the Court grant Lara Stojanov of Jones Day leave to withdraw as counsel for Experian.  Going forward, Daniel Grossman and Adam N. Rosenberg of Clark Hill PLC will serve as counsel for Experian.

Pursuant to Local Rule 7.1, the undersigned contacted Plaintiff to explain the nature of this motion and that withdrawal requires Court approval pursuant to Local Rule 83.25(b)(2).

1

WHEREFORE, Experian respectfully requests that this Court enter an order allowing Lara Stojanov to withdraw as counsel for Experian Information Solutions, Inc. and terminating her from the docket and ECF notifications in this case.

Dated: June 15, 2026                    Respectfully submitted,

*/s/ Lara Stojanov*
Lara Stojanov (P87962)
JONES DAY
150 W. Jefferson Ave., Suite 2100
Detroit, MI 48226
P: (313) 230-7976
F: (313) 230-7997
lstojanov@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing and effectuate service upon all counsel of record.

Dated: June 15, 2026

/s/ Lara Stojanov
Lara Stojanov