**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

SHARRIFF DYER, an individual,

                                     Case No.  2:24-cv-12844
                                     District Judge Denise Page Hood
                                     Magistrate Judge Anthony P. Patti

      Plaintiff,

vs.

VILLAGE CAPITAL & INVESTMENT,
LLC; DOVENMUEHLE MORTGAGE, INC;
EXPERIAN INFORMATION SOLUTIONS, INC;
EQUIFAX INFORMATION SERVICES, LLC;
and TRANSUNION, LLC,

      Defendants.

_____/

**PLAINTIFF'S BRIEF RESPONSE IN OPPOSITION TO DEFENDANTS'**
**JOINT MOTION FOR PROTECTIVE ORDER OR OTHER RELIEF**

Plaintiff Sharriff Dyer, appearing Pro Se, respectfully submits this response in opposition to Defendants' Joint Motion for Protective Order or Other Relief Position (Dkt. No. 73 ("Motion for Protective Order")) and, in support, states as follows:

1. On June 4, 2026, the Defendants submitted an unwarranted Motion, requesting the Court to review and consider fifty-three pages of materials and exhibits, allegedly to enforce a protective Order to prevent conduct that never took place.

2. The Defendants' Motion primarily addresses concerns raised by their legal counsel regarding the meet-and-confer Federal Rule 26(f) development Report.

3. The true reason for the Motion became apparent only after Plaintiff raised class-related allegations, identified affected borrowers in general terms, and informed Defendants' counsel that he intended to seek leave to amend his complaint to assert class allegations. After Defendants received Plaintiff's Rule 26(f) discovery position and learned that Plaintiff intended to pursue specific system account names, conduct early, proportional Rule 30(b)(6) discovery, and amend the initial complaint to add new post-complaint and class-related allegations, Defendants' counsel sent communications that Plaintiff perceived as threatening or intimidating.

4. Plaintiff's Ex Parte Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Request for Expedited Hearing, together with the supporting brief, declarations, and exhibits (Dkt. 79), has placed the relevant issues before the Court in the proper posture.

5. The Defendants respectfully request that the Court refrain from issuing a one-sided protective order predicated on their selective portrayal of litigation communications and events. The Plaintiff opposes the Defendants' characterization. The Plaintiff is not seeking permission to harass individuals, improperly contact represented parties, or violate any rules of this Court. The Court should refrain from adopting the Defendants' proposed order solely on the basis of their allegations. Any order concerning litigation conduct should be uniformly applicable to all parties and

should not impede the Plaintiff's ability to preserve evidence, identify witnesses, or communicate through appropriate litigation channels.

6. To the extent the Court believes a more detailed, substantive response would be helpful to resolve any issues raised by Defendants' motion, Plaintiff would be happy to provide the Court with a full brief in opposition.

Dated June 18, 2026                    Respectfully submitted,


By: */s/ Sharriff Dyer*

Sharriff Dyer
Appearing Pro Se
47102 Glenhurst Dr
Canton, MI 48187
Phone: (248) 895-9348
Email: sharriffdyer@gmail.com

3

**CERTIFICATE OF SERVICE**

I, Sharriff Dyer, hereby certify that on June 18, 2026, the foregoing document was electronically filed with the United States District Court for the Eastern District of Michigan using its CM/EFC system, causing the documents to be served on all counsel of record.

Dated: June 18, 2026

By: */s/ Sharriff Dyer*
Sharriff Dyer
Appearing Pro Se
47102 Glenhurst Dr
Canton, MI 48187
Phone: (248) 895-9348
Email: sharriffdyer@gmail.com

4