**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SHARRIFF DYER, an individual,

Plaintiff,

v.

VILLAGE CAPITAL & INVESTMENT,
LLC; DOVENMUEHLE MORTGAGE,
INC.; EXPERIAN INFORMATION
SOLUTIONS, INC.; EQUIFAX
INFORMATION SERVICES, LLC; and
TRANSUNION, LLC,

Defendants.
_____/

Case No. 2:24-cv-12844
District Judge Denise Page Hood
Magistrate Judge Anthony P. Patti

**PLAINTIFF'S EX PARTE EMERGENCY MOTION FOR**
**TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION,**
**AND REQUEST FOR EXPEDITED HEARING**

Plaintiff Sharriff Dyer, appearing Pro Se, respectfully requests that this Court, pursuant to Fed. R. Civ. P. 65(b) and Fed. R. Civ. P. 65, enter an Ex Parte temporary restraining order, issue a preliminary injunction, and hold an expedited hearing. This motion concerns the same Village/DMI mortgage account and credit-reporting pathway pleaded in the Complaint.

1

Plaintiff seeks narrow, temporary relief before Defendants can be heard because the record shows active credit harm, time-sensitive college-financing harm, residential-safety concerns, foreclosure-status concerns, and the need to preserve ordinary-course records while the Court considers the requested relief.

Plaintiff does not ask the Court to decide final liability, award money damages, bind nonparties, approve a refinance, determine final foreclosure rights, or resolve the merits of the pending claims. Plaintiff seeks only temporary status-quo relief, an expedited preliminary-injunction hearing, and preservation of relevant records.

The motion is supported by the following materials filed with this motion:

1. Plaintiff's Brief in Support of Plaintiff's Ex Parte Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Request for Expedited Hearing.

2. Declaration of Sharriff Dyer.

3. Plaintiff's Rule 65(b)(1)(B) Certification.

4. Proposed Temporary Restraining Order and Order Setting Expedited Preliminary-Injunction Hearing.

5. Exhibits 1 through 6, as identified in the Declaration and brief.

For these reasons, Plaintiff respectfully requests that the Court:

1. Grant a temporary restraining order that bars non-service residential contact, unnecessary property entry, excessive knocking, threatening conduct, and photographing or recording on Plaintiff's property or in its curtilage, while preserving lawful service, written notices, counsel communications, subpoenas, public-record review, and court-authorized activity.

2. Maintain the current voluntary foreclosure status quo regarding the disputed Village/DMI mortgage account until the Court can hold an expedited preliminary-injunction hearing.

3. Order temporary credit and mortgage-verification relief requiring Defendants to take temporary removal, deletion, or suppression steps within their control regarding adverse credit furnishing, consumer-reporting, or mortgage-verification information tied to the disputed Village account during the TRO period.

4. Direct preservation of relevant ordinary-course records, including account, servicing, inspection, vendor, payoff, foreclosure, attorney-fee, returned-funds, litigation-hold, mortgage-verification, and credit-reporting records.

5. Set an expedited preliminary-injunction hearing; waive the bond or set only a nominal bond under Rule 65(c); and grant any other temporary, narrow relief consistent with the proposed order.

Dated: June 23, 2026                 Respectfully submitted,

By: /s/ Sharriff Dyer
Sharriff Dyer
Appearing Pro Se
47102 Glenhurst Dr
Canton, MI 48187
Phone: (248) 895-9348
Email: sharriffdyer@gmail.com

3

## CERTIFICATE OF SERVICE

I, Sharriff Dyer, certify that on June 23, 2026, I electronically filed the foregoing document with the United States District Court for the Eastern District of Michigan using the CM/ECF system, which will send notice of filing to all counsel of record.


Dated: June 23, 2026


By: /s/ Sharriff Dyer
Sharriff Dyer
Appearing Pro Se
47102 Glenhurst Dr
Canton, MI 48187
Phone: (248) 895-9348
Email: sharriffdyer@gmail.com