UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sharriff Dyer [E–filer],

               Plaintiff(s),

v.

                                  Case No. 2:24–cv–12844–DPH–APP
                                  Hon. Denise Page Hood

Village Capital & Investment
LLC, et al.,

               Defendant(s),

---

## NOTICE OF MOTION HEARING

    You are hereby notified to appear before Magistrate Judge Anthony P. Patti at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  The following motion(s) are scheduled for hearing:

                    Motion – #70
                    Motion – #71
                    Motion for Protective Order – #73

- MOTION HEARING:  July 15, 2026 at 10:30 AM

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/Shelby C Hicks
                                  Case Manager

Dated:   June 30, 2026