UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Sharriff Dyer [E−filer],

                              Plaintiff(s),

v.                                                    Case No. 2:24−cv−12844−DPH−APP
                                                      Hon. Denise Page Hood

Village Capital & Investment
LLC, et al.,

                              Defendant(s),
_____

## NOTICE OF MOTION HEARING

    You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 218.  The following motion(s) are scheduled for hearing:

            Motion – #79

      • MOTION HEARING:  August 5, 2026 at 02:30 PM


## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                    By: s/L. Saulsberry_____
                                         Case Manager


Dated:   June 30, 2026