# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

SHARRIFF DYER, an individual,

      Plaintiff,

  v.

VILLAGE CAPITAL & INVESTMENT
LLC, a Delaware limited liability
company; DOVENMUEHLER
MORTGAGE, INC., a Delaware
corporation; EXPERIAN
INFORMATION SOLUTIONS, INC.,
an Ohio corporation; EQUIFAX
INFORMATION SERVICES, LLC, a
Georgia limited liability company; and
TRANS UNION, LLC, a Delaware
limited liability company,

      Defendants.

Case No. 2:24-cv-12844-DPH-APP

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Sylas A. Kern of Seyfarth Shaw LLP hereby

appears in the above-captioned case on behalf of Equifax Information Services LLC

and requests that all notices given or required to be given and all papers served in

this case be delivered to and served upon the party identified below at the following

address:

        Sylas A. Kern, Esq.
        SEYFARTH SHAW LLP
        233 South Wacker Drive, Suite 8000
        Chicago, Illinois  60606-6448
        Telephone:  (312) 460-5413
        Facsimile:  (312) 460-7000
        Email:  skern@seyfarth.com

326928653v.1

2

DATED: July 2, 2026                    Respectfully submitted,

                                       SEYFARTH SHAW LLP


                                       By: /s/ Sylas A. Kern
                                            Sylas A. Kern
                                            skern@seyfarth.com
                                            SEYFARTH SHAW LLP
                                            233 South Wacker Drive, Suite 8000
                                            Chicago, Illinois 60606-6448
                                            Telephone: (312) 460-5413
                                            Facsimile: (312) 460-7000

                                       *Counsel for Defendant*
                                       *Equifax Information Services LLC*


2

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, I presented the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Sylas A. Kern*
Sylas A. Kern
*Counsel for Defendant*
*Equifax Information Services LLC*